1  Denise Bourgeois Haley
   Attorney at Law: 143709
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Carrie Elaine Vineyard
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                         **WESTERN DIVISION**
9

10

11 CARRIE ELAINE VINEYARD,          ) Case No.: ED CV 11-826 MRW
                                    )
12                                  ) /~~PROPOSED~~/ ORDER OF
              Plaintiff,            ) DISMISSAL
13                                  )
       vs.                          )
14 MICHAEL J. ASTRUE,               )
   Commissioner of Social Security, )
15                                  )
                                    )
16            Defendant.            )
                                    )
17 _____ )

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21 DATE:   January 9, 2012           /s/ Judge Wilner
                                    _____
22                                  THE HONORABLE MICHAEL R. WILNER
                                    UNITED STATES MAGISTRATE JUDGE
23

24

25

26

-1-

1    DATE: January 4, 2012        Respectfully submitted,

2                                     LAW OFFICES OF LAWRENCE D. ROHLFING
                                        /s/ *Denise Bourgeois Haley*

3                            BY:_____
                                  Denise Bourgeois Haley

4                                   Attorney for plaintiff Carrie Elaine Vineyard

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26