1  Denise Bourgeois Haley
   Attorney at Law: 143709
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Carrie Elaine Vineyard
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                         **WESTERN DIVISION**
9

10

11  CARRIE ELAINE VINEYARD,          )  Case No.: ED CV 11-826 MRW
                                     )
12                                   )  /~~PROPOSED~~/ ORDER OF
              Plaintiff,             )  DISMISSAL
13                                   )
          vs.                        )
14  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security, )
15                                   )
                                     )
16            Defendant.             )
                                     )
17  _____)

18
          The above captioned matter is dismissed with prejudice, each party to bear
19
    its own fees, costs, and expenses.
20
          IT IS SO ORDERED.
21  DATE:    January 9, 2012                    /s/ Judge Wilner
22                                   _____
                                     THE HONORABLE MICHAEL R. WILNER
23                                   UNITED STATES MAGISTRATE JUDGE

24

25

26

                                     -1-

DATE: January 4, 2012                    Respectfully submitted,

1

2                                          LAW OFFICES OF LAWRENCE D. ROHLFING
                                                 /s/ *Denise Bourgeois Haley*
                                            BY:_____
3                                                Denise Bourgeois Haley
                                                 Attorney for plaintiff Carrie Elaine Vineyard
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26